UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOYSON SAFETY SYSTEMS LLC, 401(k) PLAN,<br>    Plaintiff,<br>v.<br><br>KELLY D'ALIMONTE, ESTATE OF DANIEL D'ALIMONTE, MARY-ANN HAYES AND DEBORAH WENZLOFF,<br>    Defendants.<br>    and<br><br>MARY-ANN HAYES and DEBORAH WENZLOFF,<br><br>Cross Plaintiffs,<br>v.<br><br>KELLY D'ALIMONTE,<br>Cross Defendant,<br>and<br><br>KELLY D'ALIMONTE,<br>    Cross-Plaintiff,<br><br>v<br><br>ESTATE OF DANIEL D'ALIMNTE, MARY-ANN HAYES, and DEBORAH WENZLOFF,<br><br>    Cross-Defendants. | Case No. 2:21-cv-11597-TGB-CI<br>Hon. Terrence G. Berg<br><br><br>**STIPULATED JUDGMENT TO EFFECTUATE THE COURT'S GRANT OF SUMMARY JUDGMENT IN FAVOR OF CROSS- CLAIMANTS MARY- ANN HAYES AND DEBORAH WENZLOFF** |

_____/

1

| | |
|---|---|
| **DICKINSON WRIGHT PLLC**<br>**David R. Deromedi (P42093)**<br>**Attorney for Plaintiff**<br>500 Woodward Ave., Ste. 4000<br>Detroit, MI  48226<br>(313) 223-3500<br>dderomedi@dickinsonwright.com | **COUZENS, LANSKY, FEALK,**<br>**ELLIS, ROEDER & LAZAR, P.C.**<br>**Phillip L. Sternberg (P28435)**<br>**Attorney for Mary-Ann Hayes and**<br>**Deborah Wenzloff**<br>39395 W. Twelve Mile Rd., Ste. 200<br>Farmington Hills, MI  48331<br>(248) 489-8600/Fax (248) 489-4156<br>phil.sternberg@couzens.com |
| | **VARNUM LLP**<br>**Kyle P. Konwinski (P76257)**<br>**Attorney for Cross Defendant Kelly**<br>**D'Alimonte**<br>333 Bridge St., N.W., P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>(616) 336-6000<br>kpkonwinski@varnumlaw.com |

## STIPULATED JUDGMENT TO EFFECTUATE THE COURT'S GRANT OF SUMMARY JUDGEMENT IN FAVOR OF CROSS-CLAIMANTS MARY-ANN HAYES AND DEBORAH WENZLOFF

At a session of said Court, held in the Courthouse, Detroit, Michigan, on April nineteenth, 2023.

PRESENT:  HONORABLE Terrence G. Berg
United States District Court Judge

An Interpleader action (ECF No. 1) having been commenced by Plaintiff in the captioned cause in which a dispute having arisen between Cross-Claimants, Kelly D'Alimonte, ex-spouse of Daniel D'Alimonte (Kelly) and Mary-Ann Hayes and Deborah Wenzloff, surviving sisters of Daniel D'Alimonte (Sisters), the

Sisters having filed a Motion for Summary Judgment (ECF No. 14) and Kelly having filed a Motion for Partial Summary Judgment (ECF No. 22), the Court thereafter having received oral argument and for the reasons set forth in the Court's "Order Resolving Cross Motions for Summary Disposition" (ECF Nos. 14, 22) dated September 30, 2022, (ECF No. 29), Cross-Claimants Mary-Ann Hayes and Deborah Wenzloff, surviving sisters of Daniel D'Alimonte having thereafter filed their Motion for Entry of Judgment Effectuating the Court's Order Resolving Cross Motions for Summary Disposition to which Cross-Claimant Kelly D'Alimonte has concurred and to which the Plaintiff Joyson Safety Systems LLC 401(k) Plan has filed its Brief in Response regarding the relief requested, and the parties having reached an agreement to the terms of an Order and having stipulated to hereinafter, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Kelly D'Alimonte having waived her rights as beneficiary to the account held by Daniel D'Alimonte in Plaintiff Joyson Safety Systems LLC 401(k) Plan, is hereby removed as primary beneficiary to the account. The Plaintiff is hereby authorized and directed to take all actions necessary to implement that outcome.

2. Mary-Ann Hayes and Deborah Wenzloff, as named contingent beneficiaries to the account, shall succeed as primary beneficiaries to the account, with all rights which are available and extended to primary beneficiaries under the terms of the Plan.

3. Upon entry of this Order, Plaintiff and Cross-Claimant Kelly D'Alimonte shall be discharged of any further liability arising from this actions and the matter shall be closed.

4. The parties are hereby ordered to deliver any documents and take any other actions reasonably required to implement the terms of this Order

/s/ Terrence G. Berg
**United States District Court Judge**

**Dated: May 1, 2023**

**STIPULATED AND AGREED:**

| DICKINSON WRIGHT PLLC | VARNUM LLP |
|---|---|
| By:/s/David R. Deromedi(w/consent)  David R. Deromedi (P42093)  **Attorney for Plaintiff**  500 Woodward Ave., Ste. 4000  Detroit, MI  48226  (313) 223-3500  dderomedi@dickinsonwright.com | By: /s/ Kyle P. Konwinski (w/consent)  Kyle P. Konwinski (P76257)  **Attorney for Cross Defendant Kelly D'Alimonte**  333 Bridge St., N.W., P.O. Box 352  Grand Rapids, MI  49501-0352  (616) 336-6000  kpkonwinski@varnumlaw.com |

COUZENS, LANSKY, FEALK, ELLIS,
 ROEDER & LAZAR, P.C.

By: /s/  Phillip L. Sternberg
**Phillip L. Sternberg (P28435)
Attorney for Defendants Mary-Ann Hayes and Deborah Wenzloff**
39395 W. Twelve Mile Road, Suite 200
Farmington Hills, MI  48331
(248) 489-8600/fax (248) 324-5022
phil.sternberg@couzens.com

5